UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BARBARA ROLDAN,

                     Plaintiff,

-against-

TRIMASA RESTAURANT PARTNERS LLC &
TAKAYAMA MANAGEMENT LLC,
collectively d/b/a TETSU and LW RETAIL
ASSOCIATES LLC,

                     Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/2020

19 Civ. 7510 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS the Order dated October 24, 2019, required the parties to file a status letter on December 30, 2019, as outlined in Individual Rule IV.A.2;

WHEREAS the parties failed to submit the letter. It is hereby

**ORDERED** that, by **January 8, 2020**, the parties shall file the status letter. The parties are reminded that failure to comply with court-ordered deadlines may result in sanctions or prejudice.

Dated: January 6, 2020
       New York, New York

                                            LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE